UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WILLIAM POLANCO

V.

MILLENIUM HILTON

------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 3510 (DAB)(KNF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | _____ | | Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion: _____ |
| | | | All such motions: ___ |

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:   New York, New York
         May 28, 2008

                                           Deborah A. Batts
                                           United States District Judge