# jackson | lewis
### Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LONG ISLAND, NY | PROVIDENCE, RI |
| 59 Maiden Lane | BIRMINGHAM, AL | LOS ANGELES, CA | RALEIGH-DURHAM, NC |
| New York, New York 10038 | BOSTON, MA | MIAMI, FL | RICHMOND, VA |
| | CHICAGO, IL | MINNEAPOLIS, MN | SACRAMENTO, CA |
| Tel 212 545-4000 | CLEVELAND, OH | MORRISTOWN, NJ | SAN FRANCISCO, CA |
| | DALLAS, TX | NEW YORK, NY | SEATTLE, WA |
| Fax 212 972-3213 | DENVER, CO | ORANGE COUNTY, CA | STAMFORD, CT |
| | GREENVILLE, SC | ORLANDO, FL | WASHINGTON, DC REGION |
| www.jacksonlewis.com | HARTFORD, CT | PITTSBURGH, PA | WHITE PLAINS, NY |
| | HOUSTON, TX | PORTLAND, OR | |

DIRECT DIAL: (212) 545-4028
EMAIL: WINDHOLD@JACKSONLEWIS.COM

June 30, 2008

**MEMO ENDORSED**


RECEIVED JUN 30 2008 CHAMBERS OF KEVIN NATHANIEL FOX U.S. MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/30/08

BY FACSIMILE (212) 805-6712

Magistrate Judge Kevin N. Fox
United States District Court
Southern District Of New York
500 Pearl Street
New York, NY 10007-1312

RE: **William Polanco v. Millenium Hilton**
**Civil Action No. 08-3510 (DAB)(KNF)**

Dear Magistrate Judge Fox:

We represent the Defendant in the above-referenced matter. Defendant respectfully requests an adjournment of the initial pretrial conference scheduled for July 2, 2008 at 1:30 p.m. Counsel for Defendant recently returned from China in connection with the adoption of her daughter and is presently on a short leave of absence. Defendant has not requested any other adjournment or extension. Defense counsel attempted to obtain Plaintiff's consent to the adjournment. Plaintiff did not consent and did not provide any reason for his refusal. Defense counsel is available on July 14, 2008 to participate in the initial pre-trial conference.

I apologize for any inconvenience this may cause the Court.

6/30/08
Application Denied.
SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Very truly yours,

JACKSON LEWIS LLP

Diane Windholz
Diane Windholz

cc: William Polanco