UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
WILLIAM POLANCO,
:
              Plaintiff,                      ORDER
:
      -against-                   08 Civ. 3510 (DAB)(KNF)
:
MILLENIUM HILTON,
:
              Defendant.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A pretrial conference was held with counsel to the defendant and plaintiff pro se on July 2, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.    all discovery, of whatever nature, shall be initiated so as to be completed on or before November 28, 2008;

2.    a telephonic status conference will be held with the parties on October 28, 2008, at 10:30 a.m. Counsel to the defendant shall initiate the telephonic conference on that date;

3.    a settlement conference shall be held with the parties on December 9, 2008, at 2:30 p.m. The procedures under which the settlement conference will be conducted are being provided to the parties with a copy of this order;

4.    on or before January 19, 2009, the parties shall submit their joint pretrial order to the Court for its review. That document must conform with the requirements for

such an order that are contained in the Individual Rules of Practice of the assigned district judge.

The plaintiff is reminded that he may seek such procedural assistance as he may need as the litigation goes forward by contacting the Pro Se Office for this judicial district. That office is located at 500 Pearl Street, Room 230, New York, New York 10007. The telephone number for that office is (212) 805-0177.

Dated: New York, New York
       July 2, 2008

SO ORDERED:

/Kevin Nathaniel Fox/
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

William Polanco
Diane Windholz, Esq.